0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                       Case Number 09-34457 JHW

Debtor: Louis Frankl Avolio

| Check Number | Creditor | Amount |
|---|---|---|
| 1709045 | Louis Frank Avolio | 1480.00 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 21, 2010